# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Thomas T. Winston

v.

(Full name of defendant(s))

Takata Corporation

Case Number:

_____

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
(State)

PO Box 0700, Waupun, WI 53963
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Takata Corporation
(Name)
is (if a person or private corporation) a citizen of Japan

Complaint – 1

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Takata Corporation_____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 12-09-2018 the plaintiff Thomas T. Winston was involved in a major side impact car accident in the city and state of Milwaukee, Wisconsin and none of the airbags that were equipped in the 2005 Mercedes-Benz S500 owned by the plaintiff deployed at the time of impact nor when the vehicale struck a traffic signal pole after the inital side impact. The plaintiff incurred and suffered/suffers from back, brain, skull and neck injuries due to the lack of protection from the airbags in the plaintiff's 2005 Mercedes-Benz S500. The Takata Corporation is based in Japan and the

Company has admitted that it's employees knew about the potential problems with it's airbag inflators as early as the year of 2000. The company acknowledged that it manipulated testing data that it provided to automakers, convincing them to buy Takata's airbags over those made by other manufacturers. Since the accident the plaintiff has been dealing with extreme depression, anxiety, embarrassment, loss wages, homelessness and an overall decline of the quality of life. A police report is on record in regards to this incident and there were multiple pictures taken of the vehicle at the scene of the accident by the Milwaukee Police department. There are also hospital records and bills available, the plaintiff recieved 30 plus staples in his head.

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 2,500,000 .

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

A monetary award in the amount of $2,500,000 to compensate the plaintiff due to the injuries, medical bills, potential loss wages, pain and suffering and punitive damages caused by the defendants negligence and strict liability of a product that was made, promoted and sold by the defendant.

Complaint – 4

Case 2:20-cv-00596-WCG   Filed 05/18/20   Page 4 of 5   Document 9

E.  JURY DEMAND

I want a jury to hear my case.

☒ -- YES  ☐ -- NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __16__ day of __May__ 20_20_.

Respectfully Submitted,

_____(signature)_____
Signature of Plaintiff

__424790__
Plaintiff's Prisoner ID Number

__PO Box 0700, Waupun, WI 53963__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.